## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**PATRICK D BELVIN,**

     **Plaintiff,**

**v.**                                                    **CASE NO. 4:05-cv-00174-MP-AK**

**A AMAN,**
**DEPARTMENT OF CORRECTIONS,**
**A PHILMAN,**
**MICHAEL W SMITH,**

     **Defendants.**

_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion for Extension of Time to File IFP Motion.  (Doc. 4).  It appears from Plaintiff's paper that he needs more time to complete his motion for leave to proceed ifp and provide the inmate account information.  Consequently, the Court will **GRANT** the request and Plaintiff shall have through July 22, 2005, to file the documents.

     **DONE AND ORDERED** at Gainesville, Florida, this **28th** day of June, 2005.


                        **s/ A. KORNBLUM**_____
                        **ALLAN KORNBLUM**
                        **UNITED STATES MAGISTRATE JUDGE**